

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/21/2013 09:30 AM

COURTROOM  6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:12-bk-12209-KSJ | Chapter 7 | 11/16/2012 |
| **ADVERSARY:** 6:12-ap-00208-KSJ | **Pltf Atty:** | Jon E Kane |
| | **Dft Atty:** | Kenneth D Herron |
| **DEBTOR:** Craig Ronald Lynd | | |

**HEARING:**

SL Investment US-RE Holdings 2009-1, Inc. v. Lynd

SL INVESTMENTS US-RE HOLDINGS 2009-1, INC -V- CRAIG RONALD LYND
PRETRIAL CONFERENCE
PLAINTIFF ATTY: JON E. KANE
DEFENDANT ATTY: KENNETH HERRON
Answer filed 01/04/13

**APPEARANCES:**:
Michael Nardella: Pltf
Kenneth Herron: Def

**RULING:** PRETRIAL CONFERENCE - Con't to 06/20/13 at 10:15 a.m. (AOCNFNG); Parties are directed to submit Case Management Order on or before 06/20/13.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.